**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6117**

———————

STEVEN LESTER,

              Plaintiff - Appellant,

    v.

KAREN C. RATTIGAN, Assistant Attorney General,

              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Timothy M. Cain, District Judge.
(6:12-cv-03410-TMC)

———————

Submitted:  May 30, 2013           Decided:  June 5, 2013

———————

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Steven Lester, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Lester appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Lester v. Rattigan, No. 6:12-cv-03410-TMC (D.S.C. filed Jan. 11, 2013 & entered Jan. 14, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2